

**Entered on Docket
January 21, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Seth J. Adams, Esq., Nevada SBN 11034
Christopher K. Lezak, Esq., SBN  11185
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
NVBK@McCarthyHolthus.com
Phone (702) 685-0329
Fax (866) 339-5691

Attorney for: Secured Creditor, US Bank National Association as Trustee, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-31959-MKN |
| | ) |
| Don Juan Harrington, | ) Chapter  7 |
| Arlene Harrington, | ) |
| | ) DATE:  12/30/09 |
| Debtors. | ) TIME:   10:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

M&H File No. NV-09-17078
09-31959-mkn

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 3444 Canter Drive, North Las Vegas, NV 89032.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:

*/s/ Seth J. Adams*
Seth J. Adams, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329


Approved/Disapproved

*No Appearance at Hearing; No additional Service required.*
Yvette Weinstein
6450 Spring Mountain Road #14
Las Vegas, NV 89146

M&H File No. NV-09-17078
09-31959-mkn

1   ALTERNATIVE METHOD re; RULE 9021:

2   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3
4   ☐ The court has waived the requirement of approval under LR 9021.

5   ☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
    delivered a copy of this proposed order to all counsel who appeared at the hearing, any
6   unrepresented parties who appeared at the hearing, and each has approved or disapproved the
    order, or failed to respond, as indicated below [list each party and whether the party has
7   approved, disapproved, or failed to respond to the document]:

8
    ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
9   to all counsel who appeared at the hearing, any unrepresented parties who appeared at the
    hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
10  [list each party and whether the party has approved, disapproved, or failed to respond to the
11  document]:

12      ☒ I certify that I have served a copy of this order with the motion, and no parties
13  appeared or filed written objections.

14      Counsel appearing: None

15      Unrepresented parties appearing: None

16
        Trustee: No Appearance at Hearing; No additional Service required.
17
18  Submitted by:

19  /s/ Seth J. Adams.
    Seth J. Adams, Esq.
20
21
22
23
24
25
                                        ###
26
27
28
29

                                M&H File No. NV-09-17078
                                    09-31959-mkn